ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES.
Before JOHN R. GIBSON * and HIGGINBOTHAM, Circuit Judges.
PER CURIAM: **
In this First Amendment challenge to St. Tammany’s School District’s facilities *528 use policy, the defendants appealed to this Court the district court’s award of summary judgment in favor of plaintiffs Sally Campbell and the Louisiana Christian Coalition on the grounds that the policy was unconstitutionally vague. We reversed the district court and granted summary judgment for the defendants.[1] We denied panel rehearing and this Court denied rehearing en banc.[2] The United States Supreme Court granted application for writ of cer-tiorari filed by the plaintiffs, vacated our prior opinion, and ordered that the case be “remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Good News Club v. Milford Central School,[3] 533 U.S. 98, 121 S.Ct. 2093, 150 L.Ed.2d 151 (2001).” [4]
While the case was sub judice, the country and this court suffered a great loss with the death of Judge Politz, leaving the panel with only one active member of this court. The district court has not had the opportunity to consider the case in light of Good News Club, including any change in positions by the parties as well as any further development of the record. Given these circumstances we are persuaded that the best approach is to remand to the district court for consideration in light of the intervening decision of the Supreme Court.
REMANDED.

 This case is decided by a quorum. 28 U.S.C. § 46(d).

. Campbell v. St. Tammany's Sch. Bd., 206 F.3d 482 (5th Cir.2000)

. Campbell v. St. Tammany Parish Sch. Bd., 231 F.3d 937 (5th Cir.2000) (per curiam).

. 533 U.S. 98, 121 S.Ct 2093, 150 L.Ed.2d 151 (2001).

. Campbell v. St. Tammany’s Sch. Bd., 533 U.S. 913, 121 S.Ct. 2518, 150 L.Ed.2d 691 (2001).